**FILED**
March 24, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAJ_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.  **DR-21-CR-00415-AM** |
| | § | **I N D I C T M E N T** |
| v. | § § | |
| | § § | [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, |
| MICHAEL ANTHONY HOLMES | § § | Conspiracy to Possess With Intent to Distribute Methamphetamine; |
| | § § | COUNT TWO: 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession of |
| | § § | Methamphetamine With Intent to Distribute; COUNT THREE: 21 U.S.C. |
| | § § | § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to Possess With Intent to |
| | § § | Distribute Heroin; COUNT FOUR: 21 U.S.C. § 841(a)(1) & (b)(1)(B), |
| | § § | Possession of Heroin With Intent to Distribute.] |
| | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846]

On or about March 6, 2021, in the Western District of Texas, Defendant,

MICHAEL ANTHONY HOLMES,

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together

and with others known and unknown, to possess with the intent to distribute a controlled substance,

which offense involved a quantity of 50 grams or more of Methamphetamine, its salts, isomers,

and salts of its isomers, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A) and 846.

## COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(A)]

On or about March 6, 2021, in the Western District of Texas, Defendant,

MICHAEL ANTHONY HOLMES,

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved 50 grams or more of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A).

## COUNT THREE
[21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846]

On or about March 6, 2021, in the Western District of Texas, Defendant,

MICHAEL ANTHONY HOLMES,

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown, to possess with the intent to distribute a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A) and 846.

## COUNT FOUR
[21 U.S.C. § 841(a)(1) & (b)(1)(B)]

On or about March 6, 2021, in the Western District of Texas, Defendant,

MICHAEL ANTHONY HOLMES,

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved 100 grams or more of a mixture of a mixture or substance

containing a detectable amount of Heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A).

                                      A TRUE BILL.

                                      ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERMENT ACT OF 2002

                                      FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
     JOHN P. COOPER
     Assistant United States Attorney

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: MAVERICK   USAO #: 2021R01327

DATE: MARCH 24, 2021   MAG. CT. #: DR21-00383M

AUSA: JOHN P. COOPER

DEFENDANT: MICHAEL ANTHONY HOLMES

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO   LANGUAGE: ENGLISH

DEFENSE ATTORNEY: TBD

ADDRESS OF ATTORNEY: _____

DEFENDANT IS: DETAINED   DATE OF ARREST: MARCH 7, 2021

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846 Conspiracy to possess with intent to distribute Methamphetamine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) Possession with intent to distribute Methamphetamine; Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy To Possess With Intent To Distribute Heroin; Count 4 - 21 U.S.C. § 841(a)(1) & (b)(1)(B), Possession With Intent To Distribute Heroin.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For counts 1 and 2: 10 to Life years imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment for each count of conviction; For counts 3 and 4: 5 to 40 years imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above     W/DT-CR-3